IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No: 14-cv-02535-WJM-KMT        Date: April 2, 2015
Courtroom Deputy:   Brandy Simmons           FTR:   Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| JACK J. GRYNBERG | Phillip Dean Barber |
|  | Terry Jo Epstein |
| Plaintiff, |  |
| v. |  |
| TELLUS OPERATING COMPANY | Rebecca Hitchcock Noecker |
| HESS CORPORATION | Elizabeth Jeanelia Hyatt |
| TC ENERGY, LLC | Thomas Wallace Paterson |
| Defendants, |  |
| &. |  |
| DENBURY ONSHORE, LLC | Ezekiel J. Williams |
|  | Christopher Mills |
| Third-Party Defendant. |  |

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

**10:29 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Argument held on Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery Limited to Tellus Operating Group, LLC and TC Energy, LLC [110] filed March 20, 2015.

**ORDERED: Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery Limited to Tellus Operating Group, LLC and TC Energy, LLC [110] is DENIED.**

Argument held on Joint Motion to Stay Discovery and Scheduling [101] filed March 18, 2015.

**ORDERED: Joint Motion to Stay Discovery and Scheduling [101] filed March 18, 2015, is GRANTED. All discovery is stayed pending a ruling on each of the following motions: Defendant and Third-Party Plaintiff Hess Corporation, Inc.'s Motion to Stay the Case [47], TC Energy, LLC's Motion to Dismiss [92], and Tellus Operating Group LLC's Motion to Dismiss and Memorandum in Support Thereof [95].**

**ORDERED: The deadline to respond to Motion to Dismiss First Amended Third-Party Complaint [54] is stayed pending ruling on the foregoing motions.**

**No Scheduling Order is entered by the Court.**

**11:16 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:47

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.