**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2535-WJM-KMT

JACK J. GRYNBERG,

    Plaintiff,

v.

TELLUS OPERATING COMPANY, a Mississippi corporation,
TC ENERGY, LLC, a Mississippi limited liability company, and
HESS CORPORATION, a Delaware corporation,

    Defendants.

HESS CORPORATION, a Delaware corporation,

    Third-Party Plaintiff,

v.

DENBURY ONSHORE, LLC, a Delaware limited liability company,

    Third-Party Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in during the pendency of this case and the Order Dismissing Case For Lack Of Subject Matter Jurisdiction, entered by the Honorable William J. Martínez, United States District Judge, on April 30, 2015,

IT IS ORDERED that TC Energy, LLC's Motion to Dismiss (ECF No. 92) and Hess Corporation, Inc.'s Joinder in Motion to Dismiss (ECF No. 94) are GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court lacks subject matter jurisdiction over this lawsuit, and the lawsuit is therefore DISMISSED.

The parties shall bear their own attorneys' fees and costs.

Dated at Denver, Colorado this  5th  day of May, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk